# EXHIBIT F

STATE OF NEW YORK
SUPREME COURT:  COUNTY OF NIAGARA
_____

DANIEL ROBINS,

                Plaintiff,

vs.

WAL-MART REAL ESTATE BUSINESS TRUST,
WAL-MART STORES EAST, LP, and
WALMART INC.,

                Defendants.
_____

**NOTICE OF FILING**
**NOTICE OF REMOVAL**

Index No. E176091/2021

      **PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1446(d), the Defendants hereby provide written notice to the Supreme Court of the State of New York, County of Niagara, and to the Plaintiff Daniel Robins, that on this date, Removing Defendants filed a Notice of Removal, removing this action to the United States District Court for the Western District of New York.  A copy of said Notice of Removal with Exhibits is attached to this Notice.

Dated:   Buffalo, New York
           April 8, 2022

                                          Yours, etc.

                                          /s/ Pauline C. Will
                                          _____
                                          BENNETT SCHECHTER
                                          ARCURI & WILL LLP
                                          By:    Pauline C. Will, Esq.
                                          *Attorneys for Defendants*
                                          701 Seneca Street, Suite 609
                                          Buffalo, New York 14210
                                          Phone: (716) 242-8100

To:   D. Charles Roberts, Jr.
      Webster Szanyi LLP
      *Attorneys for Plaintiff*
      424 Main Street, Suite 1400
      Buffalo, New York 14202
      Phone: (716) 842-2800

https://bsawlawcom.sharepoint.com/sites/pcw/Shared Documents/Pleadings/Notices/Robins v. Walmart, Inc. et al/Robins - Notice of Filing.docx

STATE OF NEW YORK
SUPREME COURT: COUNTY OF NIAGARA

---

DANIEL ROBINS,

          Plaintiff,

vs.

WAL-MART REAL ESTATE BUSINESS TRUST,
WAL-MART STORES EAST, LP, and
WALMART INC.,

          Defendants.

**AFFIDAVIT OF SERVICE**

Index No. E176091/2021

---

STATE OF NEW YORK   )
                                 ) ss.:
COUNTY OF ERIE       )

      AISHA N. WILLIAMS, being duly sworn, deposes and says that she is employed by the attorneys for the defendants herein; that she is over eighteen years of age, is not a party to this action, and resides in the City of Buffalo, New York; and that she served a Notice of Filing of Notice of Removal, which was electronically filed with the Niagara County Clerk's Office on April 8, 2022, upon the following by depositing a true copy of the same securely enclosed in a post-paid wrapper in an official depository maintained and exclusively controlled by the U.S. Postal Service at Buffalo, New York, directed to said parties at the addresses stated, those being the addresses within the state designated by them for that purpose, or the place where they then kept an office between which places there then was and now is a regular communication by mail:

> D. Charles Roberts, Jr.
> Webster Szanyi LLP
> *Attorneys for Plaintiff*
> 424 Main Street, Suite 1400
> Buffalo, New York 14202
> Phone: (716) 842-2800

                                                                                        Aisha N. Williams

Sworn to before me this
8th day of April, 2022

_____
Notary Public

      JOEL B. SCHECHTER #52-4743689
      Notary Public, State of New York
      Qualified in Erie County
      Commission Expires June 30, 20 23

3