UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DANIEL ROBINS,

                Plaintiff,

v.

WAL-MART REAL ESTATE BUSINESS TRUST,
WAL-MART STORES EAST, LP, and
WALMART INC.,

                Defendants.

**RULE 7.1 DISCLOSURE**

Case №. 1:22-cv-00273

---

**PLEASE TAKE NOTICE** that Defendant Wal-Mart Real Estate Business Trust for its Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 states that it is a Delaware trust whose direct parent is Wal-Mart Property Co. of which Wal-Mart Stores East, LP is the direct parent.  Wal-Mart Stores East, LP is a Delaware limited partnership.  WSE Management, LLC is the general partner and WSE Investment, LLC is a limited partner of Wal-Mart Stores East, LP.  WSE Management, LLC and WSE Investment, LLC are Delaware limited liability companies.  The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas limited liability company.  The sole member of Wal-Mart Stores East, LLC is Walmart Inc.  Walmart Inc. is a publicly traded company and it is incorporated under the laws of the State of Delaware with a principal place of business in the State of Arkansas.  No publicly traded entity owns more than 10% of Walmart Inc.

Dated:       Buffalo, New York
                April 11, 2022

Yours, etc.,

/s/ Pauline C. Will

_____
BENNETT SCHECHTER
ARCURI & WILL LLP
By:     Pauline C. Will, Esq.
        Jordan D. Mroczek, Esq.
*Attorneys for Removing Defendants*
701 Seneca Street, Suite 609
Buffalo, New York 14210
Phone: (716) 242-8100
pwill@bsawlaw.com
jmroczek@bsawlaw.com

To:   D. Charles Roberts, Esq.
      WEBSTER SZANYI LLP
      *Attorneys for the Plaintiff*
      424 Main Street, Suite 1400
      Buffalo, New York 14202
      Phone: (716) 842-2800
      croberts@websterszanyi.com